**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DONNA PIERCE** **PLAINTIFF**

**v.** **Case No. 5:26-CV-05170-DCF**

**STATE FARM FIRE AND CASUALTY COMPANY** **DEFENDANT**

# ORDER

Before the Court is the parties' Joint Agreed Motion to Remand with Incorporated Brief. (Doc. 11). Defendant State Farm Fire and Casualty Company removed this matter to this Court from the Circuit Court of Benton County, Arkansas, on July 10, 2026, based on diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 2). However, the parties have subsequently agreed that the amount in controversy is less than $75,000.00 in this case. Accordingly, this matter no longer meets the amount-in-controversy requirement for diversity jurisdiction. The parties mutually agree this case should be remanded to state court. (Doc. 11). The parties also request the Court issue an order allowing Defendant 30 days in which to answer or otherwise respond in the Circuit Court of Benton County. (*Id.*).

Upon due consideration, the Court finds that the Joint Motion should be and hereby is **GRANTED IN PART and DENIED IN PART**. The parties' request to remand this matter to the Circuit Court of Benton County, Arkansas

is **GRANTED**. This Order, thus, divests the Court of jurisdiction in this matter and reinvests the state court with jurisdiction to proceed. As such, the Court does not have the authority to direct the state court's procedural calendar. Accordingly, the parties' request to allow the Defendant 30 days to answer or otherwise respond in state court is **DENIED**.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Remand (Doc. 11) is **GRANTED IN PART and DENIED IN PART**, and this case is immediately **REMANDED** to the Circuit Court of Benton County, Arkansas.

**IT IS SO ORDERED** this 24th day of August 2026.

*/s/ David Clay Fowlkes*

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE